| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Lisa**   **Marie**   **Grisham** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br>(Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-20274-7** |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____ <br>
Priority Creditor's Name <br>
Number   Street <br>
_____ <br>
_____ <br>
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 — $378.00

**Aargon Agency Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**8668 Spring Mountain Road**

**Las Vegas        NV    89117**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **2  1  6  5**
When was the debt incurred?  **03/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Attorney**

### 4.2 — $458.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**3144 SW 28th Ave Ste A**

**Amarillo          TX    79109**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **3  9  N  9**
When was the debt incurred?  **10/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Attorney**

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**  $305.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number  Street
**3144 SW 28th Ave Ste A**

**Amarillo**  **TX**  **79109**
City  State  ZIP Code

Last 4 digits of account number  **9  N  1  0**
When was the debt incurred?  **09/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Attorney**

---

**4.4**  $2,469.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number  Street
**3144 SW 28th Ave Ste A**

**Amarillo**  **TX**  **79109**
City  State  ZIP Code

Last 4 digits of account number  **9  N  1  3**
When was the debt incurred?  **08/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Attorney**

---

**4.5**  $559.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number  Street
**3144 SW 28th Ave Ste A**

**Amarillo**  **TX**  **79109**
City  State  ZIP Code

Last 4 digits of account number  **9  N  1  4**
When was the debt incurred?  **12/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Attorney**

Debtor 1  **Lisa Marie Grisham**　　　　　　　　　　　　　　　Case number (if known) **19-20274-7**

**Part 2:**　**Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$134.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number　　Street
**3144 SW 28th Ave Ste A**

**Amarillo**　　　　**TX**　　**79109**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 N 1 5
**When was the debt incurred?** 12/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

### 4.7　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$265.00

**Account Recovery Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number　　Street
**3144 SW 28th Ave Ste A**

**Amarillo**　　　　**TX**　　**79109**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 N 1 6
**When was the debt incurred?** 01/2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

### 4.8　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$1,254.00

**Ad Astra Recovery**
Nonpriority Creditor's Name
**7330 West 33rd Street North**
Number　　Street
**Suite 118**

**Wichita**　　　　**KS**　　**67205**
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 4 1 9
**When was the debt incurred?** 12/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

Debtor 1   **Lisa Marie Grisham**                          Case number (if known)   **19-20274-7**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                                                             **$2,256.00**

**CERTIFIED COLLECTORS**
Nonpriority Creditor's Name
**PO BOX 1906**
Number   Street

**AMARILLO       TX    79105-1906**
City                State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection for - Tarpley Music**

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.10**                                                                                                            **$1,689.00**

**Commonwealth Financial Systems**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**245 Main Street**

**Dickson City       PA    18519**
City                State    ZIP Code

Last 4 digits of account number   **6   5   N   1**
When was the debt incurred?    **03/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.11**                                                                                                            **$0.00**

**Conn Appliances Inc**
Nonpriority Creditor's Name
**3295 College St**
Number   Street

**Beaumont       TX    77701**
City                State    ZIP Code

Last 4 digits of account number   **3   5   3   0**
When was the debt incurred?    **07/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Secured**

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1  **Lisa Marie Grisham**                                      Case number (if known)  **19-20274-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12 — $70.00

**Credit Systems International, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 1088**

**Arlington**           **TX**   **76004**
City                    State    ZIP Code

**Last 4 digits of account number**   **8  6  3  5**
**When was the debt incurred?**   **03/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.13 — $520.00

**Credit Systems International, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 1088**

**Arlington**           **TX**   **76004**
City                    State    ZIP Code

**Last 4 digits of account number**   **8  6  3  7**
**When was the debt incurred?**   **03/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.14 — $70.00

**Credit Systems International, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 1088**

**Arlington**           **TX**   **76004**
City                    State    ZIP Code

**Last 4 digits of account number**   **0  8  7  5**
**When was the debt incurred?**   **02/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.15**  $1,132.00

**DEBT RECOVERY SOLUTION**
Nonpriority Creditor's Name
**6800 Jericho Turnpike**
Number   Street
**Suite 11**

**Syosset**   **NY**   **11791**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collections**

---

**4.16**  $2,625.00

**ERC/Enhanced Recovery Corp**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**8014 Bayberry Road**

**Jacksonville**   **FL**   **32256**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3  9  8  3
**When was the debt incurred?**   **01/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

---

**4.17**  $0.00

**Fingerhut**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 1250**

**Saint Cloud**   **MN**   **56395**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1  6  9  5
**When was the debt incurred?**   **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Charge Account**

---

Debtor 1  **Lisa Marie Grisham**                                   Case number (if known)  **19-20274-7**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**                                                                                                                $10,709.42

**Geico County Mutual Ins**
Nonpriority Creditor's Name
**c/o Jessica Lobes**
Number    Street
**5930 Royal Lane, Ste E #515**

**Dallas            TX    75230**
City              State  ZIP Code

Last 4 digits of account number  __  __  __  __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unsecured**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.19**                                                                                                                $470.00

**Genesis Bc/Celtic Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 4477**

**Beaverton         OR    97076**
City              State  ZIP Code

Last 4 digits of account number  **5  0  4  1**
When was the debt incurred?  **12/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.20**                                                                                                                $0.00

**Herring Bank**
Nonpriority Creditor's Name
**1900 Pease St**
Number    Street

**Vernon            TX    76384**
City              State  ZIP Code

Last 4 digits of account number  **0  0  0  1**
When was the debt incurred?  **10/2009**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Educational**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims                page 8

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**  $0.00

**Herring Bank**
Nonpriority Creditor's Name
**1900 Pease St**
Number  Street

**Vernon**  **TX**  **76384**
City  State  ZIP Code

Last 4 digits of account number  **0 0 0 2**
When was the debt incurred?  **10/2009**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Educational**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.22**  **Unknown**

**Hillside Family Health Clinic**
Nonpriority Creditor's Name
**7130 Bell St,**
Number  Street

**Amarillo**  **TX**  **79109**
City  State  ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.23**  $73.00

**I.c. System, Inc**
Nonpriority Creditor's Name
**Po Box 64378**
Number  Street

**Saint Paul**  **MN**  **55164**
City  State  ZIP Code

Last 4 digits of account number  **9 4 5 3**
When was the debt incurred?  **09/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Lisa Marie Grisham**　　　　　　　　　Case number (if known) **19-20274-7**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.24**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$143.00

**I.C. System, Inc.**
Nonpriority Creditor's Name
**444 Highway 96 East**
Number    Street
**PO Box 64378**

**St. Paul**　　　**MN**　**55164**
City　　　　　　State　ZIP Code

Last 4 digits of account number  **1  4  2  2**
When was the debt incurred?  **06/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Collection Attorney**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.25**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$500.00

**LENDUP**
Nonpriority Creditor's Name
**1750 Broadway, Suite 300**
Number    Street

**Oakland**　　　**CA**　**94612**
City　　　　　　State　ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **PayDay Loan**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.26**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$571.00

**LVNV Funding/Resurgent Capital**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 10497**

**Greenville**　　　**SC**　**29603**
City　　　　　　State　ZIP Code

Last 4 digits of account number  **1  6  9  5**
When was the debt incurred?  **03/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Factoring Company Account**

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 106E/F　　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　　page 10

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.27

**Natasha Renee Cates**
Nonpriority Creditor's Name
**Unknown**
Number     Street

City      State    ZIP Code

**Total claim: Unknown**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

### 4.28

**Northern Legal, PC**
Nonpriority Creditor's Name
**112 W. 8th Ave.**
Number     Street
**Suite 508**

**Amarillo**      **TX**     **79101**
City           State    ZIP Code

**Total claim: $800.00**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  **09/06/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

### 4.29

**Quest Diagnostics**
Nonpriority Creditor's Name
**P.O. Box 740779**
Number     Street

**Cincinnati**      **OH**     **45274-0779**
City           State    ZIP Code

**Total claim: $111.06**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 11

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**  $1,123.00

**The Education Cr Un**
Nonpriority Creditor's Name
**4400 W I 40**
Number    Street

**Amarillo**        **TX**    **79106**
City             State    ZIP Code

Last 4 digits of account number  **8  6  3  6**
When was the debt incurred?  **05/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.31**  $3,060.00

**The Education Cu**
Nonpriority Creditor's Name
**4400 W I 40**
Number    Street

**Amarillo**        **TX**    **79106**
City             State    ZIP Code

Last 4 digits of account number  **2  1  4  3**
When was the debt incurred?  **02/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Unsecured**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.32**  $386.00

**Total Visa/Bank of Missouri**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 85710**

**Sioux Falls**      **SD**    **57118**
City             State    ZIP Code

Last 4 digits of account number  **2  3  9  3**
When was the debt incurred?  **05/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**  $0.00

**Total Visa/Bank of Missouri**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 85710**

**Sioux Falls         SD      57118**
City                  State   ZIP Code

Last 4 digits of account number  **2  4  0  1**
When was the debt incurred?  **05/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**4.34**  $1,705.32

**Transworld Systems, Inc**
Nonpriority Creditor's Name
**500 Virginia Dr., Suite 514**
Number    Street

**Ft. Washington      PA      19034**
City                  State   ZIP Code

Last 4 digits of account number  **1  4  4  1**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collecting for - ADT Security Services**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**4.35**  $495.00

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number    Street
**Suite 120**

**Arlington           TX      76010**
City                  State   ZIP Code

Last 4 digits of account number  **7  9  4  4**
When was the debt incurred?  **06/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collection Attorney**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 13

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.36**  **$900.00**

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number  Street
**Suite 120**

**Arlington**  **TX**  **76010**
City  State  ZIP Code

Last 4 digits of account number  **2  2  5  5**
When was the debt incurred?  **10/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Attorney**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**4.37**  **$858.00**

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number  Street
**Suite 120**

**Arlington**  **TX**  **76010**
City  State  ZIP Code

Last 4 digits of account number  **8  4  6  8**
When was the debt incurred?  **01/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Attorney**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**4.38**  **$1,280.00**

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number  Street
**Suite 120**

**Arlington**  **TX**  **76010**
City  State  ZIP Code

Last 4 digits of account number  **9  9  0  9**
When was the debt incurred?  **02/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Attorney**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor 1  **Lisa Marie Grisham**    Case number (if known) **19-20274-7**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**    $495.00

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number    Street
**Suite 120**

**Arlington**    **TX**    **76010**
City    State    ZIP Code

Last 4 digits of account number    **0  2  5  3**
When was the debt incurred?    **04/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.40**    $495.00

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number    Street
**Suite 120**

**Arlington**    **TX**    **76010**
City    State    ZIP Code

Last 4 digits of account number    **0  2  5  4**
When was the debt incurred?    **04/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.41**    $495.00

**United Revenue Corp.**
Nonpriority Creditor's Name
**204 Billings Street**
Number    Street
**Suite 120**

**Arlington**    **TX**    **76010**
City    State    ZIP Code

Last 4 digits of account number    **2  8  7  5**
When was the debt incurred?    **04/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1  **Lisa Marie Grisham**  Case number (if known) **19-20274-7**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.42 — $9,156.00

**US Dept Of Ed/Great Lakes Higher Educati**
Nonpriority Creditor's Name
**Attn: Bankrupcty**
**PO Box 7860**
**Madison  WI  53707**

Last 4 digits of account number **7 5 7 7**
When was the debt incurred? **10/2009**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.43 — $36,820.00

**US Dept Of Ed/Great Lakes Higher Educati**
Nonpriority Creditor's Name
**Attn: Bankrupcty**
**PO Box 7860**
**Madison  WI  53707**

Last 4 digits of account number **8 5 8 1**
When was the debt incurred? **05/2014**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.44 — $258.00

**Western Finance**
Nonpriority Creditor's Name
**801 S. Abe St, Ste 2A**
**San Angelo  TX  76903**

Last 4 digits of account number __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 16

Debtor 1  **Lisa Marie Grisham**                                    Case number (if known) **19-20274-7**

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5.** **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Geico County Mutual Ins**
Name
**c/o John M. Lamerson**
Number    Street
**1001 Texas Ave, Suite 1400**

**Houston          TX    77002**
City              State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 17

Debtor 1    **Lisa Marie Grisham**                                           Case number (if known)  **19-20274-7**

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$45,976.00** |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$39,111.80** |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$85,087.80** |